John J. Coughlin, Libelant-Appellee, v. Steam Tugs OSCEOLA and HERCULES; Cornell Steamboat Company, Claimant-Appellant; James C. Davis, as Director General, etc., Respondent-Appellee.

Circuit Court of Appeals, Second Circuit. March 24, 1927.

No. 267.

Appeal from the District Court of the United States for the Southern District of New York.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Henry P. Elliott and R. S. Erskine, both of New York City, of counsel), for appellant.

Leo J. Curren, of New York City, for appellee Coughlin.

Peter Alexander and H. L. Cheyney, both of New York City, for other appellees.

Before MANTON and MACK, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Decree affirmed (18 F. [2d] 415, in open court.